# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO ARANA, | Case No. CV 11-6932-JSL (JEM) |
| Petitioner, | |
| v. | **JUDGMENT** |
| L.S. McEWEN, Warden, | |
| Respondent. | |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed without prejudice.

DATED: 3/28/12

J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE